

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Yong Keun Kim  DEFENDANT(S). | CASE NUMBER CR-11-684- |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Wednesday__, __9/21/11__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
     *(Other custodial officer)*

Dated: __9/19/11__

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                             Page 1 of 1